UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDY TOUSSAINT,

              Plaintiff,

-against-

CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

19 Civ. 1239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for November 26, 2019 is hereby ADJOURNED *sine die*. The parties shall make their applications, if any, by letter motion.

SO ORDERED.

Dated: November 26, 2019
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge