UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDDY TOUSSAINT,

                         Plaintiff,

-against-

CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2020_

19 Civ. 1239 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated October 21, 2020, and November 3, 2020. ECF Nos. 91, 97.

1. The request for a pre-motion conference is DENIED.
2. By **December 21, 2020**, Defendants shall file their motion to dismiss the second amended complaint.
3. By **January 11, 2021**, Plaintiff shall file his opposition to Defendants' motion to dismiss the second amended complaint.
4. By **January 25, 2021**, Defendants shall file their reply, if any.
5. Plaintiff's request to re-open discovery DENIED, pending resolution of the motion for reconsidered before the Honorable Debra C. Freeman.
6. Plaintiff's request to file a motion for class certification is DENIED without prejudice to renew.

The Clerk of Court is directed to terminate the motions at ECF Nos. 91 and 97.

SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge