USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/22/2021__

# LAW OFFICE OF ZACHARY GAYNOR, ESQ

August 6, 2021

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Jimmy Ekpe v. City of New York, et al.</u>
          Docket No. 20-cv-9143 (AT) related to 19 CV 1239 (AT)(DF)]

Dear Judge Torres

    I am Zachary Gaynor, Esq., from the Law Office of Zachary Gaynor, Esq., attorney for the Plaintiff in the above referenced action. I am writing to respectfully request that Your Honor extend the time for the Plaintiff to file my Opposition to the Motion to Dismiss from October 21, 2021 to November 5, 2021. On September 30, 2021, the Defendant filed their motion to Dismiss in this case. *See* Dkt. No. 60. On August 26, 2021, your Honor ordered the Plaintiff to Oppose the Motion to Dismiss by October 21, 2021. *See* Dkt. No. 58. Counsel for the Defendant has consented to this request. The Defendant agreed to this extension with an understanding that their reply to my opposition could effectively be extended until November 22, 2021.

    The requested extension is necessary because I have been unable to reach my client for some time now and need additional time to discuss the updates in the case. Please also note the change of address listed below for your records. I will also update PACER accordingly.

GRANTED. By **November 5, 2021**, Plaintiff shall file his opposition papers. By **November 22, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: October 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge