USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLENA LATIF,<br><br>      Plaintiff,<br> -against-<br><br>THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,<br><br>      Defendants. | 20 Civ. 8248 (AT) |
| JIMMY EKPE,<br><br>      Plaintiff,<br> -against-<br><br>THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,<br><br>Defendants. | 20 Civ. 9143 (AT) |
| EDDY TOUSSAINT,<br><br>      Plaintiff,<br> -against-<br><br>CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JACK RIZZO, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,<br><br>      Defendants. | 19 Civ. 1239 |

ANALISA TORRES, District Judge:

The Court has reviewed letters from Plaintiffs' counsel, Zachary Gaynor, in the above-captioned cases, filed on January 5, 2022, requesting to be relieved as counsel and seeking a stay of these matters until Plaintiffs identify and obtain new counsel.  No. 20 Civ. 9143, ECF No. 78; No. 20 Civ. 8248, ECF No. 81; No. 19 Civ. 1239, ECF No. 126.  **The Court shall not permit Mr. Gaynor to withdraw as counsel of record without ensuring his clients' interests are adequately represented**.

Accordingly, on **January 11**, **2022**, at **10:00 a.m.**, Mr. Gaynor, and Plaintiffs Jimmy Ekpe, Marlena Latif, and Eddy Toussaint are directed to appear before the Court for a conference to discuss Mr. Gaynor's conduct in this matter, and whether a stay is warranted.  The hearing shall proceed via the Court's videoconferencing system, and Chambers will provide the parties with information on how to appear.  Mr. Gaynor is responsible for ensuring his clients' appearance at the conference.  Given that this discussion is likely to touch on privileged issues, counsel for Defendant, the City of New York, **should not attend**.

SO ORDERED.

Dated: January 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge

2