```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENA LATIF,

                Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

                Defendants.

20 Civ. 8248 (AT)

---

JIMMY EKPE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

Defendants.

20 Civ. 9143 (AT)

---

EDDY TOUSSAINT,

                Plaintiff,

-against-

CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JACK RIZZO, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,

                Defendants.

19 Civ. 1239 (AT)

ANALISA TORRES, District Judge:

The Court has reviewed letters from Plaintiffs' counsel, Zachary Gaynor, stating that he has identified new counsel for his clients, and cannot make further filings in this matter due to constraints from his new employment.  *E.g.,* No. 20 Civ. 8248, ECF Nos. 88, 90.  The Court reminds Mr. Gaynor that pursuant to its order dated February 4, 2022, as counsel of record, Mr. Gaynor is expected to vigorously prosecute these cases and comply with all Court-mandated deadlines until and unless new counsel for Plaintiffs enters their appearance.  The Court shall provide Mr. Gaynor with **one month** to get his affairs in order and ensure representation for his clients.  Accordingly, by **March 23, 2022**, Mr. Gaynor shall ensure that his clients' new counsel enters a notice of appearance.  If Mr. Gaynor has failed to obtain representation for his clients, by **March 18, 2022**, Mr. Gaynor shall comply with **all pending deadlines in these matters**, including, but not limited to, filing a status letter on discovery and filing an amended pleading in *Latif v. Dep't of the Aging*, No. 20 Civ. 8248, and *Ekpe v. City of New York*, No. 20 Civ. 9143, as directed by Magistrate Judge Freeman.  If Mr. Gaynor does not either obtain new counsel for his clients or comply with the Court's deadlines by the stipulated date, the Court shall not hesitate to impose more stringent consequences against Mr. Gaynor, including and up to, commencing sanctions or civil contempt proceedings against him.  **No further extensions shall be granted.**

       SO ORDERED.

Dated: February 23, 2022
       New York, New York

                                                              ANALISA TORRES
                                                    United States District Judge