UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDDY TOUSSAINT,

                              **Plaintiff,**                                  **19-CV-01239 (AT)(VF)**

          -against-                                                  **ORDER**

CITY OF NEW YORK et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On April 26, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint letter no later than **May 4, 2022,** providing the Court an update on the status of the case, including a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:       New York, New York
                 April 27, 2022

                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge