**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

This order relates to:

TOUSSAINT v. CITY OF NEW YORK et al.

EKPE v. PATEL et al.

LATIF v. DEPARTMENT FOR THE AGING et al.
------------------------------------------------------------------X

**19-CV-01239 (AT) (VF)**
**20-CV-09143 (AT) (VF)**
**20-CV-08248 (AT) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the status conference held for these matters on Thursday, May 12, 2022, any motions to amend the complaints filed in the cases styled <u>Ekpe v. Patel et al.</u> (20-CV-09143) and <u>Latif v. Department for the Aging et al.</u> (20-CV-08248) shall be submitted no later than **<u>June 30, 2022</u>**.

    **SO ORDERED.**

DATED:   New York, New York
         May 12, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge