UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDDY TOUSSAINT,

                                       Plaintiff,

           -against-

CITY OF NEW YORK et al.

                                   Defendants.
-----------------------------------------------------------------X

19-CV-01239 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint letter updating the Court on the status of this action by no later than **Friday, December 16, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
               December 13, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge