

**THE LAW OFFICE OF
ASIA-SIERRA MILLETTE, ESQ.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/21/2023__

February 20, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Jimmy Ekpe v. City of New York, et al.
        Docket No. 20 CV 9143 (AT) (DF) [rel. 19 CV 1239 (AT) (DF)]

Dear Judge Torres:

  I represent the Plaintiff, Jimmy Ekpe, in the above-referenced action. On December 19, 2022, the Court set a motion schedule whereas the Defendants were to file their motion to dismiss by January 30, 2023 and the Plaintiff was to file his opposition by February 21, 2023. I submit this letter to request an extension of time to oppose the Defendant's motion to dismiss. Counsel respectfully requests an extension to Friday, February 24, 2023.

  Between the time the Defendants filed their motion and the Plaintiff's due date, I prepped and completed three immigration trials as well as appeared for several other hearings in various tribunals. As a solo practitioner, sometimes my workload can become overwhelming. I have worked diligently to meet the Court's the deadline, but I have been unable to. I only require a short time to complete Plaintiff's opposition as I have made substantial progress. I apologize for any inconvenience and thank the Court for its understanding.

Sincerely,

*/s/ Asia-Sierra Millette*

Asia-Sierra Millette, Esq.

GRANTED.

SO ORDERED.

Dated: February 21, 2023
    New York, New York

            _____
            **ANALISA TORRES**
            United States District Judge