THE LAW OFFICE OF
ASIA-SIERRA MILLETTE, ESQ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2023_

September 20, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Jimmy Ekpe v. City of New York, et al.,
              Docket No. 20 CV 9143 (AT) (DF) [rel. 19 CV 1239 (AT) (DF)]

Dear Judge Torres:

Dear Judge Torres: I represent the Plaintiff, Jimmy Ekpe, in the above-referenced action. On September 12, 2023, the Court requested supplemental briefing with respect to the Defendant's Motion to Dismiss whereas the parties were to file letters addressing certain issues raised in the motion papers by September 25, 2023. I submit this letter to request an extension of time to provide the supplemental letter brief. Counsel respectfully requests an extension to Wednesday, October 4, 2023.

I am currently out of the country with no access to my files. I will return on September 26, 2023. I have contacted the Defendants' counsel and he does not oppose an extension given the defense is similarly provided extra time. A brief extension should not unreasonably delay these proceedings. I apologize for any inconvenience and thank the Court for its understanding.

Sincerely,

*/s/ Asia-Sierra Millette*

Asia-Sierra Millette, Esq.

GRANTED. By **October 4, 2023**, the parties shall file their letters to the Court, addressing the issues discussed in the Court's order of September 12, 2023, ECF No. 121.

SO ORDERED.

Dated: September 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge